(May 15, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT REYES, Appellant.—Judgment of the Supreme Court, Kings County, rendered February 27, 1974, affirmed. No opinion. The case is remitted to the Supreme Court, Kings County, for proceedings to direct appellant to surrender himself to said court in order that execution of the judgment be commenced or resumed (CPL 460.50, subd 5). Rabin, Acting P. J.; Hopkins, Martuscello, Latham and Christ, JJ., concur.

(May 19, 1975)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHARLES R. DODSON, Appellant.—Motion by appellant to reargue, with respect to the sentences only, his appeal from a judgment of the Supreme Court, Kings County, rendered February 6, 1973. On July 29, 1974 this court modified the judgment by reducing the sentence upon the conviction for criminal possession of a dangerous drug in the second degree to a minimum of five years and a maximum of 15 years on the first count, and by permitting the other sentences to remain and run concurrently with said sentence. Motion for reargument granted, upon the consent of the People, and, upon reargument, the sentences are vacated and the case is remanded to Criminal Term for resentencing. Gulotta, P. J., Hopkins, Martuscello, Christ and Shapiro, JJ., concur.

■ DORA ABRAMOFF, as Executrix of NATANIEL ABRAMOFF, Deceased, Respondent, v FEDERAL INSURANCE COMPANY, Appellant.—In an action against an insurer, based upon its alleged failure to take reasonable steps to effectuate the settlement of a claim, defendant appeals from an order of the Supreme Court, Westchester County, dated December 3, 1974, which denied its motion for summary judgment. Order affirmed, with $20 costs and disbursements. The affidavits submitted in support of the motion could have been submitted at the time of defendant's first motion for summary judgment. The portions of the deposition of the plaintiff's testator, included in the affidavit of defendant's claims manager, presents no truly new factual material. We discourage "successive motions for summary judgment, each based upon new factual assertions and proofs which were available to the movant from the outset" *(Powell v Trans-Auto Systems,* 32 AD2d 650). Rabin, Acting P. J., Hopkins, Latham, Christ and Shapiro, JJ., concur.

■ FRED ADAMS et al., Appellants, v INCORPORATED VILLAGE OF WESTHAMPTON BEACH et al., Respondents. (Proceeding No. 1.) FRED ADAMS et al., Appellants, v INCORPORATED VILLAGE OF WESTHAMPTON BEACH et al., Respondents. (Proceeding No. 2.)—Order-judgment of the Supreme Court, Suffolk County, dated March 8, 1973, affirmed insofar as appealed from, with costs (cf. *Delaware Midland Corp. v Incorporated Vil. of Westhampton Beach,* 48 AD2d 681). Martuscello, Acting P. J., Christ, Munder and Shapiro, JJ., concur. [71 Misc 2d 579.]